UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>RAYMOND MENDEZ,<br><br>          Defendant. | CR 95-345-RSWL-9<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR RETROACTIVE APPLICATION OF SENTENCING GUIDELINES** [10512] |

    Currently before the Court is Defendant Raymond Mendez's ("Defendant") Motion for Retroactive Application of Sentencing Guidelines [10512], filed on November 10, 2020. The Court sets the following briefing schedule:

    Government's Opposition: **December 11, 2020**

    Defendant's Reply: **January 11, 2020**

///

///

1

     The Motion will be deemed submitted upon receipt of any Reply or on the expiration of the Reply deadline.

   **IT IS SO ORDERED.**

DATED: November 12, 2020

                                   /s/ Ronald S.W. Lew
                               **HONORABLE RONALD S.W. LEW**
                               Senior U.S. District Judge